IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATHANIEL ALLEN LINDELL,

    Plaintiff,

v.

GARY H. HAMBLIN, CHARLES E. COLE,
DENNIS SCHUH, ISMAEL OZANNE,
CHARLES FACKTOR, WELCOME F. ROSE,
TOM GOZINSKE, TIMOTHY HAINES,
PETER HUIBREGTSE, GARY BOUGHTON,
ELLEN K. RAY, KELLY TRUMM,
SGT. THOMAS HANKE and LINDA OATMAN,

    Defendants.

ORDER

12-cv-646-wmc

---

Plaintiff Nathaniel Lindell, a prisoner at the Wisconsin Secure Program Facility in Boscobel, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. From plaintiff's trust account statements, it appears that plaintiff presently has no means with which to pay an initial partial payment of the $350 fee for filing his complaint. However, plaintiff should be aware that he is obligated to pay the $350 filing fee, even if this court determines that he will not be permitted to proceed with his complaint *in forma pauperis* and even if he does not presently have funds with which to pay the fee. 28 U.S.C. § 1915(b)(1). His account will be monitored and the fee must be taken in monthly installments when the funds exist.

Accordingly, IT IS ORDERED that plaintiff Nathaniel Lindell's complaint is taken under advisement. As soon as the court's calendar permits, plaintiff's complaint will be screened pursuant to 28 U.S.C. § 1915(e)(2) to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Plaintiff

1

will be notified promptly when such a decision has been made.

Further, the Clerk of Court is requested to insure that the court's financial records reflect that plaintiff Lindell owes the $350 fee for filing this case, in accordance with the requirements of the Prison Litigation Reform Act.

Entered this 6th day of September, 2012.

BY THE COURT:

*Peter Oppeneer*
PETER OPPENEER
Magistrate Judge

2