IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHANIEL ALLEN LINDELL,

                Plaintiff,                ORDER

v.

                                    12-cv-646-wmc

EDWARD F. WALL, *et al.*,

                Defendants.

State inmate Nathaniel A. Lindell filed a proposed civil action pursuant to 42 U.S.C. § 1983, lodging an assortment of claims against multiple defendants in connection with the conditions of his confinement. On November 6, 2013, the court issued an order striking that complaint and instructed Lindell to submit an amended version setting forth a single claim or claims permissibly joined in compliance with Fed. R. Civ. P. 18(a) and 20(a). Thereafter, the court granted Lindell an extension of time in which to comply. To date, Lindell has not submitted an amended complaint and his extended deadline to do so has expired.

Lindell was admonished that his failure to file an amended complaint would result in dismissal pursuant to Fed. R. Civ. P. 41(b). Because Lindell has not complied as directed, this case will now be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED pursuant to Fed. R. Civ. P. 41(b).

Entered this 7th day of January, 2014.

                                    BY THE COURT:

                                    WILLIAM M. CONLEY
                                    District Judge