IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHANIEL ALLEN LINDELL,

               Plaintiff,                       JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 12-cv-646-wmc

EDWARD F. WALL, *et al.*,

               Defendants.

This action came for consideration before the court with District Judge William M. Conley  presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

plaintiff Nathaniel Lindell's case pursuant to Fed. R. Civ. P. 41(b).

/s/ E. Clark, Deputy Clerk            1/7/2014
Peter Oppeneer, Clerk of Court              Date