In The United States District Court
For the Western District of Wisconsin

DOC NO
REC'D/FILED
2014 FEB 10  PM 12: 26
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Nate A. Lindell,
    Plaintiff

v.

Edward F. Wall, et alia,
    Defendants

Plaintiff's Notice of Appeal, Docketing Statement, Petition to Proceed In forma Pauperis + Affidavit In Support

Case No. 12-CV-646-wmc

To: Clerk, Seventh Circuit, 219 S. Dearborn St., Room 2722, Chicago, IL 60604
Nate A. Lindell 99582-555 Allenwood U.S.P. P.O. Box 3000, White Deer, PA 17887
W.D. Wis. U.S. Courthouse, 120 N. Henry St., Room 320, Madison, WI 53703

Please Take Notice that, Nate A. Lindell, the forenoted plaintiff, hereby appeals to the U.S. Court of Appeals for the Seventh Circuit from the final judgement and order in this case, both dated 7 January 2014, along with the 6 November 2013 Opinion and Order and the 11 December 2013 Opinion and Order.

The Issues Lindell intends to raise on appeal are:
1. Did the District Court Err in Its 6 November 2013 Order, By Concluding Lindell's Claims Were Improperly Joined in One Case?
2. Did The District Court Err in Its 7 January 2014 Order, By Dismissing the Entire Case Because It found the Claims to Be Misjoined?

Docketing Statement
    This court has jurisdiction because this appeal seeks review of a final judgement concerning questions of federal law.
    No transcripts are part of the district court's record.

Petition to Proceed In forma Pauperis
    Given Lindell's below affidavit of indigency, he prays that he'll be granted in forma pauperis status on appeal.

1 of 2

I, Nate A. Lindell, declare under penalty of perjury that, based on my personal knowledge, I am entirely without liquid or real estate assets. All the personal property I had, including my file for this case, was not sent with me into the B.O.P. by the W.D.O.C.

Executed this 21st day of January 2014

Nate A. Lindell
99582-555
Allenwood USP
P.O. Box 3000
White Deer, PA
17887